PER CURIAM.
Upon examining the record-on-appeal and the arguments presented to us, we hold the doctrine of res ipsa loquitur was properly before the jury. Yarbrough v. Ball U-Drive System, Inc., Fla.1950, 48 So.2d 82; Holman v. Ford Motor Company, Fla.App.1970, 239 So.2d 40; Enslein v. Hudson & Manhattan Railroad Company, 1957, 8 Misc.2d 87, 165 N.Y.S.2d 630 and Domany v. Otis Elevator Company, 6th C.A. 1966, 369 F.2d 604, cert. den. at 387 U.S. 942, 87 S.Ct. 2073, 18 L.Ed.2d 1327.
Affirmed.
WALDEN, CROSS and OWEN, JJ., concur.